No. 83–1851. F/V BARANOF ET AL. v. ALASKA. Sup. Ct. Alaska. Certiorari denied.

No. 83–1852. MORRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1853. ERICKSON ET AL. v. BOARD OF EDUCATION, PROVISO TOWNSHIP HIGH SCHOOL, DISTRICT No. 209, COOK COUNTY, ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–1854. RENFROE v. KIRKPATRICK, SUPERINTENDENT, PIEDMONT CITY SCHOOLS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 83–1855. GARVEY ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 83–1856. SELVIDGE v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 83–1858. MURPHY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 83–1860. SHAW v. MITCHELL ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 83–1862. LUBIN v. BOARD OF EDUCATION OF THE CITY OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 83–1863. LIGHTLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1867. SUN TOWERS, INC., ET AL. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 5th Cir. Certiorari denied.

No. 83–1869. STERNGASS ET AL. v. BOWMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–1870. CONSUMERS UNION OF UNITED STATES, INC. v. GENERAL SIGNAL CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–1871. MITCHELL v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.